## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

IN RE: PRICILLSA MARIE WARREN          CASE NO. 14-20558
                                                             CHAPTER 13

### OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

NOW INTO COURT, through undersigned counsel, comes WELLS FARGO FINANCIAL ("Creditor"), a secured creditor in the above entitled and numbered case, who respectfully represents as follows:

1.

Creditor is a secured creditor in the above entitled case by virtue of its holding a note secured by a mortgage affecting certain property located in Lake Charles, Louisiana. The note and mortgage is payable in monthly installments, and the property affected by the mortgage is the home of Debtor.

2.

At the time of filing this case on June 17, 2014, Debtor owed Creditor $1,086.37 in monthly payment arrearages itemized as follows:

| | |
|---|---|
| (1) Payments @ $1,086.37 per month | $1,086.37 |
| Arrearages Due | $1,086.37 |

3.

The plan of the Debtor doesn't proposes to pay WELLS FARGO FINANCIAL, any of the arrearages owed to Creditor. The plan should provide for payment of all arrearages owed to Creditor at the time the order for relief was entered.

4.

The plan of the Debtor also proposes to pay the monthly mortgage payments directly to WELLS FARGO FINANCIAL, in the amount of $1,087.37. The Debtor's current monthly mortgage payment is $1,086.37.

5.

Creditor prays that Debtor pays reasonable attorney's fees incurred in connection with filing this proceeding.

6.

For the foregoing reason, Creditor objects to the confirmation of the plan proposed by the Debtor.

WHEREFORE, CREDITOR PRAYS that confirmation of the Chapter 13 plan proposed by the Debtor herein be denied by the Court.

>DEAN MORRIS, L.L.P.
>1820 Avenue of America
>P. O. Box 15270
>Monroe, LA  71207-5270
>(318) 388-1440
>
>/S/ Dayna M. Edwards
>ATTORNEY FOR CREDITOR

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

IN RE: PRICILLSA MARIE WARREN      CASE NO. 14-20558
    CHAPTER 13

## CERTIFICATE OF SERVICE

I, Dayna M. Edwards, hereby certify that I have notified the following interested parties of the Objection to Confirmation of the Chapter 13 Plan filed by WELLS FARGO FINANCIAL, as reflected on the foregoing notice, to-wit:

| | |
|---|---|
| Pricillsa Marie Warren<br>2429 Medora Street<br>Lake Charles, LA 70601 | Keith A. Rodriguez<br>Trustee<br>P.O. Box 3445<br>Lafayette, LA 70502-3445 |
| Matthew Bond Pettaway<br>Attorney at Law<br>Simon,Fitzgerald,Cooke,Reed & Welch<br>One Lakeshore Drive, Suite 1600<br>Lake Charles, LA 70629 | Office of the U.S. Trustee<br>300 Fannin Street<br>Suite 3196<br>Shreveport, LA 71101 |

by mailing this notice and a copy of the Objection to Confirmation of Chapter 13 Plan filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this the 26th day of August, 2014.

    DEAN MORRIS, L.L.P.
    1820 Avenue of America
    P. O. Box 15270
    Monroe, LA 71207-5270
    (318) 388-1440

    /S/ Dayna Edwards
    ATTORNEY FOR CREDITOR