IN RE:  UNITED STATES BANKRUPTCY COURT
           WESTERN DISTRICT OF LOUISIANA
PRISCILLA WARREN    LAKE CHARLES DIVISION    CASE NO.: 14-20558

**Debtor(s)**                                                         CHAPTER 13

## AMENDED CHAPTER 13 PLAN PRE CONFIRMATION

**Reasons for Modification:** This plan amends the original plan filed on June 17th, 2014. This pleading is a pre-confirmation modification of Debtor(s) Chapter 13 Plan of Repayment filed by the above captioned Debtor(s). The changes to the original plan are indicated in *italics* and underlined.

1) Pre-petition arrears owed to Wells Fargo are treated in Section III (D) (2) below.
2) The monthly mortgage payment to Wells Fargo is amended herein.
3) This plan amends to pay an estimated dividend of 100% to general unsecured creditors, per allowed claims filed as of October 30th, 2014. Objections to claims #4 and #5 are pending. The claim bar date is December 10th, 2014. Any claims filed prior to that date will be evaluated by Counsel. Counsel will then object to the claim or amend the plan in accordance with liquidation requirements.
4) Tax years pledged are corrected herein.

NUMBER OF MONTHS:   **60 mos**.
PAYMENT AMOUNT:     **$900.00 per month**
FIRST PMT. DUE DATE: **July 17th, 2014**
ADDITIONAL PLEDGES:  Debtor(s) shall remit to the Trustee copies of Federal and State tax returns (the paperwork) required to be filed for each year you are in your plan, and any proceeds received from tax refunds (the money), for tax years **14, 15, and *16***, **excluding EIC**. (EIC is the only "credit" you may keep).

**I. DIRECT PAYMENTS**
   A. **Calcasieu Parish Tax Collector,** may have a claim for property taxes due. Debtor(s) shall pay this directly "outside" the plan.
   B. **Wells Fargo** has a lien on Debtor(s) **Residence located at 2429 Medora Street, Lake Charles, LA 70601.** Debtor(s) shall pay this directly "outside the plan, *$1,058.37* **per month**.

**II. CLAIMS SATISFIED BY SURRENDER OF COLLATERAL**.
   NONE

**III. PAYMENTS DISTRIBUTED BY TRUSTEE**
   A. ADMINISTRATIVE CLAIMS
      1. SIMON FITZGERALD requests a fee of **$2,800**.**00** to be paid from property of the estate.

   B. POST-PETITION MONTHLY MORTGAGE PAYMENTS
      NONE

   C. SECURED CREDITORS RECEIVING 910 DAY "HANGING PARAGRAPH" TREATMENT*
      NONE

   D. OTHER SECURED CREDITORS*
      1. **Captial One** has a lien on a **2007 Cadillac Escalade**, with a debt of **$17,000.00**, will be paid that value with **5%** interest over **48** months, receiving AP payments of **$160.41** for months **1-5**, then payments of **$418.37** in months **6-48**. Total amortized payment: **$18,791.90**.
      *2. **Wells Fargo** has a claim for pre-petition arrears of $1,086.37 which will be paid over the term of the plan.*

* Secured creditors' lien shall remain until secured claim is paid, effective upon discharge. Each of the above secured claims, if allowed, shall be paid the secured value, as set forth above, or the amount of the secured claim filed, whichever is less.
*Any claim with a secured value of $0 shall be treated as a general unsecured claim.

E. PRIORITY CLAIMS
   **NONE**

F. UNSECURED CLAIMS
   1. NONDISCHARGEABLE
       a. **NONE**
   2. CO-SIGNED CLAIMS
       b. **NONE**
   3. **Allowed General Unsecured Undisputed Claims** as listed in Schedule F, incorporated herein by reference thereto, and the Bifurcated (Under-secured) portion of secured creditors claims as set forth in section III (C&D) above, or allowed claims filed whether or not listed, estimated to be *$10,732.76 (per allowed claims filed as of October 30th, 2014. Objections to claims #4 and #5 are pending.)*, shall receive a pro rata share of an estimated *$10,732.76*, paying approximately *100%*.

**IV. GENERAL TERMS**:

**(A)** The effective date of this plan shall be six(6) months after **June 17, 2014**, the date of filing of the petition.
**(B)** Title to Debtor(s)' property shall revest in Debtor(s) upon confirmation of a plan pursuant to 11 USC 1327(b) (or upon dismissal after confirmation per 11 USC 1329 or upon closing the case per 11 USC 350).
**(C)** Confirmation of this plan shall be res judicata on the value of secured claims per Sec 506 and 1325, and approval of Debtor(s)' attorney's request for compensation provided such request is within the Court's approved "no-look" parameters. Any amounts in excess of the approved "no-look" shall be separately requested and noticed.

Respectfully Submitted:

> Simon, Fitzgerald, Cooke, Reed & Welch, Attorney's at Law
> 1 Lakeshore Drive, Suite 1600
> Lake Charles, LA 70629
> (337) 436-7222
>
> By: ___/s/ *Matthew B. Pettaway* _____
> Matthew Bond Pettaway, #33313
> ATTORNEY FOR DEBTOR(S)

Date: *October 30, 2014*