UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION
**************************

IN RE: PRICILLSA MARIE WARREN          CASE NO. 14-20558

DEBTORS                                CHAPTER 13

## DEBTORS' OBJECTION TO PROOF OF CLAIM

NOW INTO COURT, comes **PRICILLSA MARIE WARREN**, and states:

1.
Wells Fargo Bank, NA, filed an unsecured claim (Claim # 5-1) on August 2$^{nd,}$ 2014 for the amount of $6,768.23.

2.
Debtor objects to Claim #5-1 for the reasons following:

    1. The documentation provided is insufficient to justify a belief therein.

3.
The claim should be disallowed.

**WHEREFORE DEBTOR PRAYS** that proof of claim (claim # 5-1) filed by Wells Fargo Bank, NA be disallowed.

**Prepared and submitted by:**
**SIMON, FITZGERALD, COOKE, REED & WELCH**
    **By:** /s/ Matthew Bond Pettaway
    **Matthew Bond Pettaway #33313**
    **One Lakeshore Drive, Suite 1600**
    **Lake Charles, LA 70629**
    **Telephone: (337) 436-7222**
    **Attorney for Debtors**