IN RE:                          UNITED STATES BANKRUPTCY COURT
                                    WESTERN DISTRICT OF LOUISIANA
**PRISCILLA WARREN**         LAKE CHARLES DIVISION         CASE NO.: 14-20558

**Debtor(s)**                                                                                    CHAPTER 13

## AMENDED CHAPTER 13 PLAN POST CONFIRMATION

This pleading is a post-confirmation modification of Debtor(s) Chapter 13 Plan of Repayment filed by the above captioned Debtor(s). The changes to the original plan are indicated in *italics*. <u>The original plan, or as modified prior to this plan, if any, is to remain the plan except as changed herein, and is incorporated herein by reference thereto</u>. The complete original plan and any prior modifications can be viewed and printed by logging on to PACER at www.lawb.uscourts.gov.

**Reasons for Modification:**

1.) Debtor stopped working in the fall of 2014. In addition, Debtor no longer receives social security income for her son, who is now 18. Debtor receives monthly social security income for herself and her daughter. Debtor is currently searching for employment. This plan suspends the missed payments with regular monthly payments resuming in August 2015.

2.) Debtor has received offers to purchase her three lots. Should she receive an acceptable offer, the Debtor intends to request the Court's permission to sell the lots in order to pay off her bankruptcy.

**SUBMISSION OF EARNINGS OR FUTURE INCOME:**

    **(A)**      *Debtor has paid $8,803.78 plus $337.00 in tax refunds for a total of $9,140.78 as of June 30th, 2015 (the first 12 months of the plan). Debtor will pay $0 per month for 1 month (July 2015); then $570.00 plus $372.25 (to repay tax refunds) for a total of $942.25 per month for 4 months (August - November 2015); then $570.00 per month for the remaining 43 months of the 60 month plan or until 100% of allowed claims are paid (beginning with the December 2015 payment).*

    **(B)**      **ADDITIONAL SUMS DEBTOR SHALL REMIT TO THE CH. 13 TRUSTEE:**
    <u> X </u>     Debtor(s) shall remit to the Trustee copies of Federal and State tax returns (the paperwork) required to be filed for each year you are in your plan, and any proceeds received from **Federal tax refunds (the money)**, for tax years **14, 15, and 16**, and **and State tax refunds (the money) for tax years 14, 15, and 16, excluding EIC**. (EIC is the only "credit" you may keep).

**I. DIRECT PAYMENTS**
    A. **Calcasieu Parish Tax Collector,** may have a claim for property taxes due. Debtor(s) shall pay this directly "outside" the plan.
    B. **Wells Fargo** has a lien on Debtor(s) **Residence located at 2429 Medora Street, Lake Charles, LA 70601.** Debtor(s) shall pay this directly "outside the plan, **$1,058.37 per month**.

**II. CLAIMS SATISFIED BY SURRENDER OF COLLATERAL**.
     NONE

**III. PAYMENTS DISTRIBUTED BY TRUSTEE**
    A. ADMINISTRATIVE CLAIMS
    1. SIMON, FITZGERALD LLC has been previously approved to receive a fee of **$2,800.00** and ***requests an additional $750.00 for Defense of Motion to Dismiss and the amended plan herein*** to be paid from property of the estate.

    B. POST-PETITION MONTHLY MORTGAGE PAYMENTS

**NONE**

C. SECURED CREDITORS RECEIVING 910 DAY "HANGING PARAGRAPH" TREATMENT*
**NONE**

D. OTHER SECURED CREDITORS*
1. **Captial One** has a lien on a **2007 Cadillac Escalade**, with a debt of **$17,000.00**, will be paid that value with **5%** interest over **48** months, receiving AP payments of **$160.41** for months **1-5**, then payments of **$418.37** in months **6-48.** Total amortized payment: **$18,791.90.**
2. **Wells Fargo** has a claim for pre-petition arrears of **$1,086.37** which will be paid over the term of the plan.

* Secured creditors' lien shall remain until secured claim is paid, effective upon discharge. Each of the above secured claims, if allowed, shall be paid the secured value, as set forth above, or the amount of the secured claim filed, whichever is less.

*Any claim with a secured value of $0 shall be treated as a general unsecured claim.

E. PRIORITY CLAIMS
**NONE**

F. UNSECURED CLAIMS
1. NONDISCHARGEABLE
   a. **NONE**
2. CO-SIGNED CLAIMS
   b. **NONE**
3. **Allowed General Unsecured Undisputed Claims** as listed in Schedule F, incorporated herein by reference thereto, and the Bifurcated (Under-secured) portion of secured creditors claims as set forth in section III (C&D) above, or allowed claims filed whether or not listed, estimated to be **$10,732.76 (per allowed claims filed)**, shall receive a pro rata share of an estimated **$10,732.76**, paying approximately **100%**.

**IV. GENERAL TERMS**:

**(A)** The effective date of this plan shall be six(6) months after **June 17, 2014**, the date of filing of the petition.
**(B)** Title to Debtor(s)' property shall revest in Debtor(s) upon confirmation of a plan pursuant to 11 USC 1327(b) (or upon dismissal after confirmation per 11 USC 1329 or upon closing the case per 11 USC 350).
**(C)** Confirmation of this plan shall be res judicata on the value of secured claims per Sec 506 and 1325, and approval of Debtor(s)' attorney's request for compensation provided such request is within the Court's approved "no-look" parameters. Any amounts in excess of the approved "no-look" shall be separately requested and noticed.

Respectfully Submitted:

        Simon, Fitzgerald, Cooke, Reed & Welch, Attorney's at Law
        1 Lakeshore Drive, Suite 1600
        Lake Charles, LA 70629
        (337) 436-7222

        By: ___/s/ *Matthew B. Pettaway*_____
        Matthew Bond Pettaway, #33313
        ATTORNEY FOR DEBTOR(S)

Date: *July 30, 2015*