## UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

IN RE:                                             CASE NO.: 14-20558
**PRISCILLA MARIE WARREN**

**DEBTOR(S)**                                      **CHAPTER 13**

## MOTION TO APPROVE LOAN MODIFICATION

    **NOW INTO COURT**, through undersigned counsel, comes **PRISCILLA MARIE WARREN**, Debtor, who respectfully represent as follows:

    1.    Debtor filed for protection under chapter 13 of Title 11 U.S.C. on June 17th, 2014.

    2.    Debtor filed for relief in good faith, and intends to continue her best efforts in this Chapter 13 case.

    3.    Wells Fargo Financial Louisiana, Inc holds a first mortgage on 2429 Medora St. Lake Charles, LA 70601-1625 with a balance of $98,924.74. As evidenced by the attached paperwork provided by Wells Fargo Financial Louisiana, Inc, Debtor's monthly payments are $1,233.45 per month at 9.5% interest, with $1,086.37 in pre-petition default.

    4.    Debtor has been approved for a loan modification. (See Exhibit I attached.) According to the terms of the modification, Debtor's monthly payments will be reduced to $1,054.21 the interest rate reduced to 6.250%, and the loan maturity date changed from March 27th, 2028 to March 1st, 2028.

    5.    Debtor, therefore, respectfully requests that the Court approve the loan modification with Wells Fargo Financial Louisiana, Inc, with monthly payments of $1,054.21 at 6.250% interest.

    **WHEREFORE DEBTOR PRAYS** that the loan modification with Wells Fargo Financial Louisiana, Inc. be approved, with monthly payments of $1,054.21 at 6.250% interest.

**RESPECTFULLY SUBMITTED,**
    **Simon, Fitzgerald, Cooke, Reed and Welch**
    **By: /s/ Matthew Bond Pettaway**
        **Matthew Bond Pettaway #33313**
        **One Lakeshore Dr., Ste. 1600**
        **Lake Charles, LA 70629**
        **(337) 436-7222**
        **Attorney for Debtor**

**Exhibit I**



**Account Information**
Fax: (866) 590-8910
Telephone: (800) 416-1472
Correspondence:  PO Box 10335
Des Moines, IA 50306
Hours of Operation: Mon –Fri 8:00-5:00 CT
Loan Number: ████████875
Property Address:
2429 MEDORA ST
LAKE CHARLES, LA 70601-0000

2/9/2015

PRISCILLA VINCENT WARREN and EASTON CHARLES WARREN
2429 MEDORA ST
LAKE CHARLES, LA 70601-1625

Subject:  Loan modification proposal
Borrower(s): PRISCILLA VINCENT WARREN and EASTON CHARLES WARREN
Bankruptcy Case No.: 1420558
Loan No.: ████████875
Property Address:
2429 MEDORA ST
LAKE CHARLES, LA 70601-0000

Dear PRISCILLA VINCENT WARREN and EASTON CHARLES WARREN:

You are eligible for a loan modification. As previously described, if you comply with the terms of the Trial Period Plan, we will modify your mortgage loan. The modification agreement below reflects the proposed modification.

As a result of your bankruptcy case, this letter is not an attempt to collect a debt from you or in any way violate any provision of the United States bankruptcy code. This letter has been sent to you for informational purposes only. This is not a bill or a request for payment, or a statement that you are personally obligated in any way to make a payment. Your decision to discuss workout options with Wells Fargo Home Mortgage is strictly voluntary. You are not obligated to pursue any workout options discussed with us. At your request, we will immediately terminate any such discussions should you no longer wish to pursue these options.

**How you can accept this offer:**
Please review the proposal with your attorney. If the terms meet your approval, the next step is for you to file a petition with the bankruptcy court to gain their consent to modify the first mortgage. You will need to continue to make your trial period payments if applicable while we are waiting for consent from the court. When you receive written consent, please forward it to my attention. Once received, we will send the loan documents to you and your attorney for original signatures. We will then withdraw any proof of claim in this case and process the modification as noted.

If the case has already closed, forward our office a copy of the release. If the terms are not satisfactory to you, please contact us and we will close the file with no further actions.
**Approval of the loan modification is contingent on court consent or release of the case.**

02/09/2015  12:37PM (GMT-06:00)

## Modification Proposal

| Current Terms | | Proposed Modified Terms | |
|---|---|---|---|
| Current Unpaid Principal Balance | $98,924.74 | Post Modification Unpaid Principal Balance | $95,000.00 |
| Current Maturity Date | 03/27/2028 | Post Modification Maturity Date | 03/01/2028 |
| Current Term (in months) | 156 | Post Modification Term (in months) | 156 |
| Current Payment Due Date | 11/27/2014 | Post Modification Due Date | 04/01/2015 |
| Current Principal and Interest | $1,086.37 | Post Modification Principal and Interest | $891.01 |
| Current Payment Amount | $1,233.45 | Estimated Post Modification Payment Amount | $1,054.21 |
| Current Interest Rate | 9.500 % | Post Modification Interest Rate | 6.250 % |
| | | Post Modification Principal Forgiveness | $5,847.60 |
| | | Amount(Capitalized) | $1,922.86 |

### If you are seeking a reaffirmation

If you intend to reaffirm, please provide us with the agreement specific to your district. With regard to a bankruptcy, we do not have a standard reaffirmation agreement to extend because requirements vary from district to district. Once we receive your district-specific agreement, we will complete the required entries and return it to your attorney's office for the required undue hardship analysis and filing with the respective court.

### Call me today if you have any questions

If you or your attorney has questions about the information in this letter, please call me at the number below.

Sincerely,

ANGELINA MCGRIFF
HOME PRESERVATION SPECIALIST
PHONE: 877-685-2354
EXT: 22345

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2012 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801